AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Sarai GONZALEZ HERNANDEZ | ) | Case No. 2:26-mj-271 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 27, 2026__ in the county of __Franklin__ in the __Southern__ District of __Ohio__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC § 841(a)(1) and (b)(1) (A)(vi) | Possession with Intent to Distribute 400 Grams or More of Fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

JORDAN HAAG
Digitally signed by JORDAN HAAG
Date: 2026.04.27 22:14:04 -04'00'

*Complainant's signature*

Jordan Haag, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 28, 2028__

City and state: __Columbus, Ohio__

Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT

I, Jordan Haag, being duly sworn, depose and state the following:

## INTRODUCTION

1.  I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and am currently assigned to the DEA Detroit Field Division, Columbus District Office (hereinafter referred to as, "CDO") in Columbus, Ohio. I have been a Special Agent with DEA for approximately 3 years. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I am empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of 21 U.S.C. § 878.

2.  As a Special Agent, I have completed the DEA Basic Agent Training Academy, which is a 17-week course in Quantico, Virginia that included training in, among other things, surveillance, undercover operations, confidential source management, search warrant operations, interview and interrogation. As a Special Agent, my experience includes participating in criminal arrests, conducting physical surveillance, trash seizures, searching for evidence during court-authorized search warrants, and authoring search warrants as well as subpoenas. I continue to receive training on a daily basis by conducting criminal drug investigations and drawing from the expertise of agents more experienced than myself.

## PURPOSE OF AFFIDAVIT

3.  This affidavit is made in support of an application for a federal arrest warrant and

1

criminal complaint against Sarai Gonzalez **HERNANDEZ** (hereinafter referred to as, "**HERNANDEZ**") for Possession with Intent to Distribute 400 grams or more of fentanyl, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(A)(vi), all in violation of 21 United States Code, Section 841.

4.      My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigations conducted by other law enforcement officers and investigators concerning the facts and circumstances involved in the subject investigation.  I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that **HERNANDEZ** committed the above offense.

## SUMMARY OF PROBABLE CAUSE

5.      On April 27, 2026, Troopers with the Ohio State Highway Patrol initiated a traffic stop at approximately 5:00pm for multiple traffic violations on a white GMC Yukon on Interstate 270 South near the Main Street exit in Columbus, Ohio. Upon approach of the vehicle, Troopers identified **HERNANDEZ** as the driver and sole occupant of the GMC Yukon. During the traffic stop, Trooper Lawrence deployed his K-9 partner to conduct a free air sniff of the GMC Yukon which resulted in a positive alert of the odor of narcotics coming from the vehicle. During a probable cause search of the vehicle, Troopers located and seized approximately 3 kilograms of suspected fentanyl, which were located on the front passenger floor board contained within a large brown paper bag. Troopers also located and seized two cellular devices.

6.      Pursuant to the traffic stop, investigators transported **HERNANDEZ** and the seized evidence to the CDO for processing and an interview. While at the CDO and prior to questioning, investigators provided **HERNANDEZ** her Miranda Rights Warning, both verbally and in writing via a Form DEA-13.  **HERNANDEZ** acknowledged understanding of her rights,

2

both verbally and in writing by both executing the Form DEA-13 and initialing each line of the Miranda admonition. **HERNANDEZ** stated that she met with an unknown Hispanic individual on Saturday April 25, 2026, at approximately 4:00 p.m., and took possession of a bag containing 4 "bricks" of a controlled substance. **HERNANDEZ** said she did not know exactly what the controlled substance the bricks were, but knew it was a drug.  **HERNANDEZ** said she was asked to do this by an individual known to her only by the nickname "Flaco." **HERNANDEZ** was told to maintain custody of the 4 bricks until turning them over to another individual. **HERNANDEZ** said she was supposed to be paid $1,000.00 at a later date and time for the delivery.  **HERNANDEZ** was then asked where the remaining brick was located and **HERNANDEZ** stated that it was at her residence in the laundry room. **HERNANDEZ** was then asked for consent, both verbally and in writing via a Form DEA-88, for investigators to enter her residence and take possession of the brick.  **HERNANDEZ** consented, both verbally and in writing, for investigators to enter her residence and take possession of the kilogram of controlled substance.

7. On April 27, after the traffic stop, investigators entered **HERNANDEZ's** residence, located at 8058 Tributary Ln. Reynoldsburg, OH 43068, and located the kilogram of suspected fentanyl in the laundry room, on a rack above the washer and dryer. The kilogram matched the characteristics and wrapping of the 3 kilograms seized at the traffic stop. Investigators remained with **HERNANDEZ** for the duration of the consent search and consent was not withdrawn.

8. Investigators conducted a field test of the kilograms seized from the traffic stop which yielded a positive result for the presence of fentanyl, a Schedule II controlled substance.

3

**CONCLUSION**

9.      Based upon this information, your affiant submits that probable cause exists to believe that on or about the above date, in the Southern District of Ohio, **Sarai Gonzalez HERNANDEZ** did knowingly Possess with the Intent to Distribute 400 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi), all in violation of Title 21, United States Code Section 841.

JORDAN HAAG
Digitally signed by
JORDAN HAAG
Date: 2026.04.27
22:10:20 -04'00'

Jordan M. Haag
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this  28th  day of April, 2026.

Kimberly A. Jolson
United States Magistrate Judge

4